```
 1  Abraham J. Colman (SBN 146933)
    Scott H. Jacobs (SBN 81980)
 2  Jordan Yu (SBN 227341)
    REED SMITH LLP                                *E-FILED 8/10/07*
 3  355 South Grand Avenue
    Los Angeles, CA  90071
 4  Telephone:  213.457.8000
    Facsimile:  213.457.8080
 5  Email: acolman@reedsmith.com
           shjacobs@reedsmith.com
 6         jsyu@reedsmith.com

 7  Attorneys for Defendant
    MRS ASSOCIATES, INC.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTORIA SAEEDI, | No.: C07-01584 RS |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT MRS ASSOCIATES, INC.** |
| vs. | |
| M.R.S. ASSOCIATES, INC., a New Jersey corporation, | ~~[PROPOSED]~~ **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendant(s). | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

WHEREAS, Plaintiff Victoria Saeedi ("Plaintiff") and Defendant MRS Associates, Inc. ("MRS") have reached a full resolution of this action:

IT IS HEREBY STIPULATED by and between Plaintiff and MRS, through their counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a), MRS is dismissed <u>with prejudice</u> from this action. Each party to this stipulation shall bear her/its own costs and attorneys' fees as against one another.

DATED: August 10, 2007

REED SMITH LLP

By _____
Jordan Yu
Attorneys for Defendant
MRS Associates, Inc.

DATED: August 10, 2007

CONSUMER LAW CENTER, INC.

By _____
Fred Schwinn
Attorneys for Plaintiff
Victoria Saeedi

## ORDER

**IT IS SO ORDERED.**

DATED: August 10, 2007

By _____
Honorable Richard Seeborg
United States Magistrate Judge

No.: C07-01584 RS — 2 — DOCSLA-15601662.1
STIPULATION OF DISMISSAL WITH PREJUDICE